February 9, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

AGNES BROWNLOW, Appellant

NO. 14-11-00870-CV                     V.

PATRICIA MARTINEZ, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on October 3, 2011.  Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by AGNES BROWNLOW.

We further order this decision certified below for observance.